# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BELINDA C. MUHAMMAD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BRETANNIYIA JENKINS,<br><br>　　　　Defendant. | Case No. CV 19-7970 JAK (PVC)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's Amended Motion for Sanctions Pursuant to FRCP 37(e) for Spoliation of Video Evidence, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED that Defendant's Amended Motion for Sanctions Pursuant to FRCP 37(e) for Spoliation of Video Evidence is DENIED.

1     The Clerk of the Court is directed to serve copies of this Order on Plaintiff at her
2 current address of record and on counsel for Defendant.

3

4     IT IS SO ORDERED.

5

6 DATED:  September 15, 2022

7

8                        JOHN A. KRONSTADT
                         UNITED STATES DISTRICT JUDGE