# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BELINDA C. MUHAMMAD,<br><br>Plaintiff,<br><br>v.<br><br>BRETANNIYIA JENKINS,<br><br>Defendant. | No. CV 19-7970 JAK (PVCx)<br><br>**JUDGMENT**<br><br>**JS-6** |

The jury trial in this matter proceeded from February 8, 2023 to February 9, 2023. The jury returned a verdict in favor of Defendant on February 9, 2023.

**NOW, THEREFORE, IT IS HEREBY ORDERED AND ADJUDGED AS FOLLOWS:**

1. Judgment is hereby entered in favor of Defendant, Bretanniyia Jenkins.
2. Plaintiff, Belinda C. Muhammad, recovers nothing.
3. Each party shall bear her own respective costs and attorney's fees, if any, incurred in this action.

**IT IS SO ORDERED.**

Dated: February 27, 2023

_____
John A. Kronstadt
United States District Judge